**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**VANESHA JOHNSON,**

              **Plaintiff,**              1:20-cv-1019
                                                             (GLS/CFH)

              **v.**

**TEVA PHARMACEUTICALS USA,**
**INC. et al.,**

              **Defendants.**
_____

## ORDER

    Judicial disqualification is governed by 28 U.S.C. § 455. Disqualification is required when, among other things, a judge "knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceeding." _Id._ § 455(b)(4).  Upon review of the papers, disqualification is required in this case.

    Accordingly, it is hereby

    **ORDERED** that, pursuant to 28 U.S.C. § 455, the undersigned disqualifies himself from presiding over this matter; and it is further

    **ORDERED** that the Clerk shall reassign this matter to another District

Judge; and it is further

**ORDERED** that the case has been randomly reassigned to District Judge David N. Hurd; and it is further

**ORDERED** that the Clerk provide a copy of this Order to plaintiffs in accordance to the Local Rules.

**IT IS SO ORDERED.**

October 14, 2020
Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge